IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF ILLINOIS
EASTERN DIVISION

1:24-cv-06108
Judge Martha M. Pacold
Magistrate Judge Jeffrey T. Gilbert
RANDOM/CAT. 2

KHALEEQ A MUSE

VS

**RECEIVED**

JUL 19 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CITY OF CHICAGO IN ITS OFFICIAL CAPACITY
GONZALEZ , V H ( PCOBP19 ) in his individual and official capacity; FURLAN , O A (
PCOCB88) in his individual capacity and official capacity.

42 U.S.C .Ss 1983

NOW COMES KHALEEQ A. MUSE brought this instant civil suit under 42 U.S.C. Ss 1983
for False  Arrest , illegal detainment, prosecutorial misconduct.

## JURISDICTION

Jurisdiction is invested in this court pursuant to 28 U.S.C. Ss 1334 & 28 U.S.C. Ss 1343

## VENUE

Venue is invested in this court pursuant to 28 U.S.C. Ss 1391

## PLAINTIFF

Plaintiff can receive all documents at the following address 7040 S. cottage Grove Ave
Chicago, IL 60637

## DEFENDANTS

CITY OF CHICAGO can be served at 50 west Washington Chicago Il 60603

FURLAN , O A ( PCOCB88 ) can be served at 3510 S. Michigan Ave Chicago IL 60653

**GONZALEZ, V H ( PCOCB88) can be served at 3510 S. Michigan Ave Chicago Il 60653**

**STATEMENT OF FACTS**

The Plaintiff states on May 11, 2024 he was in the back of a family member's house at the garage sitting in his car on his own property at 6912 S. prairie Ave Chicago Il, 60637 .

The plaintiff states officer FURLAN , O A and GONZALEZ States they were in plain clothing with police star Embroidered.

The plaintiff states he was by the garage on the property of his residence.

The officer FURLAN didn't have any probable cause to come to my residence and to question me because he didn't see me in the commission of a crime .

Officer FURLAN and officer Gonzalez stated in the Event inquiry that the above address was known for having stolen vehicle that left abandoned.

The plaintiff states his car wasn't running, he was sitting on the phone talking to friends and watching tv as usual .

The plaintiff states officer FURLAN and Gonzalez reports are false and the audio video will support that plaintiff 4th amendment rights were violated because the car wasn't running

The officer FURLAN states he did a traffic stop on a citizen sitting on his property .

The plaintiff states the officers were racial profiling the Plaintiff because the watch the plaintiff passenger placed gym shoes in the back seat .

Allegedly the officer saw a handgun on the passenger.

The plaintiff states plaintiff wasn't driving the car and the officer did a brief investigatory stop which never asked for driver license or insurance.

The state officer FURLAN went through the car and found a state ID and DWIGHT K A. A SEARCH OF SAID INDIVIDUAL S NAME WAS RAN VIA LEAD WHICH REVEALED VALID FOID CARD AND THE DRIVER PROVIDED A DRIVER LICENSE AND INSURANCE.

The plaintiff states the 4th amendment states no warrant shall be issued but upon probable cause support by oath and affirmation describing the place to be searched and person to be seized.

The officer FURLAN one Gonzalez didn't have probable cause to search my vehicle or my person and the audio video will show the plaintiff right was violated

The 14th amendment states no states shall deny to it's citizens the Equal protection of the law or due process.

The plaintiff's due process rights were violated because officer FURLAN and Gonzalez violated clearly established law .

The plaintiff states a Terry stop affords the officer FURLAN and Gonzalez the right to stop and inquire.

The plaintiff has a driving license and insurance. The officer used the plain view Doctrine to violate the plaintiff's right to secure a search and seizure in violation of the 4th and 14th amendment.

The plaintiff states this is a practice and pattern of the Chicago police department which violates citizens' clearly established rights .

The plaintiff states he brought several claims of false arrest , illegal detainment, fraud , lying under with and denying citizens honest government service.

### RELIEF SOUGHT

1. Plaintiff seeking 1 Million in compensatory damages
2. Plaintiff seeking 1 Million in punitive damages
3. 3. Plaintiff seeking counsel under the trial bar obligations.
4. Any other relief this court deems just and fair .

RESPECTFULLY SUBMITTED
KHALEEQA MUSE

7/17/24